```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
PRIMITIVO ROBLES,                                          :
                                                           :
                              Plaintiff,                   :
                                                           :           24-CV-7660 (VSB)
                 -against-                                 :
                                                           :                ORDER
GREEN SUN INC., d/b/a HIBERNICA,                           :
                                                           :
                              Defendant.                   :
                                                           :
----------------------------------------------------------- X
```

VERNON S. BRODERICK, United States District Judge:

        Plaintiff filed this action on October 9, 2024, (Doc. 1), and filed an affidavit of service on November 11, 2024, (Doc. 5). The deadline for Defendant to respond to Plaintiff's complaint was November 22, 2024. To date, Defendant has not appeared or responded to the complaint. Plaintiff, however, has taken no action to prosecute this case. Accordingly, if Plaintiff intends to seek a default judgment, Plaintiff is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than December 17, 2024. If Plaintiff fails to do so or otherwise demonstrate intent to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    December 3, 2024
              New York, New York

                                                          VERNON S. BRODERICK
                                                          United States District Judge