UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

PRIMITIVO ROBLES, on behalf of himself, and a

Plaintiff(s),

- against -

GREEN SUN, INC., d/b/a HIBERNICA,

Defendant(s),
-------------------------------------------------------------X

1:24 Civ. 7660 (VSB)

**CLERK'S CERTIFICATE OF DEFAULT**

I, TAMMI M. HELLWIG, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on October 9, 2024 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant(s) GREEN SUN, INC., d/b/a HIBERNICA, by personally serving Nancy Dougherty, Legal Clerk for Secretary of State, and proof of service was therefore filed on November 11, 2024, Doc. #(s) 5.

I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.

**Dated: New York, New York**

December 23, 20 24

TAMMI M. HELLWIG
Clerk of Court

By: _____
Deputy Clerk

SDNY Web 3/2015