**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X

PRIMITIVO ROBLES, on behalf of himself, and a

Plaintiff(s),

- against -

GREEN SUN, INC., d/b/a HIBERNICA,

Defendant(s),

------------------------------------------------------------X

1:24 ____ **Civ.** 7660 ____ (___) VSI

**CLERK'S CERTIFICATE**
**OF DEFAULT**

      **I, TAMMI M. HELLWIG, Clerk of the United States District Court for**

**the Southern District of New York, do hereby certify that this action was commenced on**

October 9, 2024 **with the filing of a summons and complaint, a copy of the summons and**

**complaint was served on defendant(s)** GREEN SUN, INC., d/b/a HIBERNICA,

**by personally serving** Nancy Dougherty, Legal Clerk for Secretary of State ,

*and proof of service was therefore filed on* November 11, 2024 *, Doc. #(s)* 5 .

**I further certify that the docket entries indicate that the defendant(s) has not filed an**

**answer or otherwise moved with respect to the complaint herein. The default of the**

**defendant(s) is/are hereby noted.**

**Dated: New York, New York**

December 27 **, 20** 24

                  **TAMMI M. HELLWIG**
                  **Clerk of Court**

**By:** *Negam Dulol*
             **Deputy Clerk**