UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
                                           :

PRIMITIVO ROBLES,                       :

                    Plaintiff,    :              24-CV-7660 (VSB)

         -against-       :

                           :            **<u>ORDER</u>**

GREEN SUN INC., d/b/a HIBERNICA,  :

                  Defendant.  :

                           :
-------------------------------------------------------- X

<u>VERNON S. BRODERICK, United States District Judge</u>:

      Plaintiff filed this action on October 9, 2024, (Doc. 1), and filed an affidavit of service on November 11, 2024, (Doc. 5).  The deadline for Defendant to respond to Plaintiff's complaint was November 22, 2024.  To date, Defendant has not appeared or responded to the complaint.  On December 3, 2024, I ordered Plaintiff to seek a default judgment by December 17, 2024, or risk dismissal of this action.  (Doc. 6 ("December Order").)  On December 27, 2024, Plaintiff obtained a certificate of default as to Defendant from the Clerk of Court.  (Doc. 12.)  Plaintiff, however, has not filed an Order to Show Cause for default judgment in accordance with the December Order and Rule 4(H) of my Individual Rules and Practices in Civil Cases.

      Accordingly, if Plaintiff intends to seek a default judgment, Plaintiff is directed to do so in accordance with the procedure set forth in Individual Rule 4(H) with by no later than January 29, 2025.  If Plaintiff fails to do so or otherwise demonstrate intent to prosecute this litigation, I will dismiss this case without further order for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    January 15, 2025
         New York, New York

VERNON S. BRODERICK
United States District Judge