UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
                                    :

  PRIMITIVO ROBLES,                  :

                     :

               Plaintiff,     :              24-CV-7660 (VSB)

                     :

           -against-      :            **ORDER**

                     :

  GREEN SUN, INC.,            :

                     :

              Defendant.   :
-------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

      It has been reported to the Court that the parties in this case have reached a settlement

agreement.  Accordingly, it is hereby:

      ORDERED that the above-captioned action is discontinued without costs to any party

and without prejudice to restoring the action to this Court's docket if the application to restore

the action is made within thirty (30) days.

SO ORDERED.

Dated:  January 28, 2025
      New York, New York

                               Vernon S. Broderick
                               United States District Judge